IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| SORAYA DIASE COFFELT, ET AL.<br><br>PLAINTIFFS,<br><br>V.<br><br>CAROLINE F. FAWKES, IN HER OFFICIAL CAPACITY AS SUPERVISOR OF ELECTIONS FOR THE VIRGIN ISLANDS AND GOVERNMENT OF THE VIRGIN ISLANDS,<br><br>DEFENDANTS. | 1:14-CV-25<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION AND DECLARATORY RELIEF |

**REQUEST FOR RULING**

Now comes plaintiff Soraya Diase, through undersigned counsel, and requests that the Court rule upon her outstanding motion for attorneys' fees, which has been fully briefed since November 25, 2014. *See* Doc. Nos. 42, 43, 44, 47 and 48.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.**
Attorneys for Plaintiffs

Dated: March 16, 2023

/s/ Andrew C. Simpson
ANDREW C. SIMPSON
2191 Church St., Ste. 5
Christiansted, VI 00820
340.719.3900 x.1
asimpson@coralbrief.com
www.coralbrief.com