DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| SORAYA DIASE COFFELT, JOHN CANEGATA AND RONALD CHARLES, <br><br> Plaintiffs, <br><br> v. <br><br> CAROLINE F. FAWKES, IN HER OFFICAL CAPACITY AS SUPERVISOR OF ELECTIONS FOR THE VIRGIN ISLANDS AND GOVERNMENT OF THE VIRGIN ISLANDS <br> Defendants. | Civil Action No. 2014-0025 |

**Attorneys:**
**Andrew C. Simpson, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiffs*

**Carol Thomas-Jacobs, Esq.,**
St. Thomas, U.S.V.I.
    *For Defendants*

## ORDER

**UPON CONSIDERATION** of Plaintiffs Soraya Diase Coffelt, John Canegata, and Ronald Charles' "Motion for Award of Attorneys' Fees" and accompanying briefing (Dkt. Nos. 42-43); Defendants Caroline F. Fawkes and Government of the Virgin Islands' Response (Dkt. No. 47); and Plaintiffs' Reply (Dkt. No. 48); and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Plaintiffs' "Motion for Award of Attorneys' Fees" (Dkt. No. 42) is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Plaintiffs' "Motion for Award of Attorneys' Fees" is **GRANTED** to the extent that Plaintiffs are awarded $52,175 in attorneys' fees and $2,405.72 in costs, for a total award of $54,580.72; and it is further

**ORDERED** that Plaintiffs' "Motion for Award of Attorneys' Fees" is otherwise **DENIED**; and it is further

**ORDERED** that Plaintiffs' "Request for Ruling" (Dkt. No. 51) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

Date:   March 22, 2023                                         _____/s/_____
                                                              WILMA A. LEWIS
                                                              District Judge